## CIVIL MINUTES

**U.S. Magistrate Judge James Larson**

**Date:**  March 1, 2005

**Case No.:** C 03-1511 CW; C 04-4203 CW

**Case Name:** John Doe 1, et al., v. Abbott Laboratories, et al.,

**Counsel Present:**     **Plaintiff**: Joseph J. Tabacco, Michael W. Stocker

**Defendant:** George Lombardi

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

      _____     Settled

      _____ Partial settlement

      __X__     Did not settle

      Further settlement conference ordered: _____

**Time: 2.0 hrs**

**Comments:**

      /s/ VEThomas

      Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Sheila Cahill