UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION,<br><br>This document relates to all actions. | No. C04-1511 CW (BZ)<br>    C04-4203 CW (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1 | The party seeking discovery shall request a conference in a
2 | letter served on all parties not exceeding two pages (with no
3 | attachments) which briefly explains the nature of the action
4 | and the issues in dispute.  Other parties may reply in similar
5 | fashion within two days of receiving the letter requesting the
6 | conference.  The Court will contact the parties to schedule
7 | the conference.
8 |     After the conference with the Court, if filing papers is
9 | deemed necessary, they should be filed **electronically filed**
10 | with the Clerk's Office, with **one hard copy delivered directly**
11 | **to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12 | chambers copy of all briefs shall be submitted on a diskette
13 | formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be
14 | scanned for virus before submission.
15 | Dated: January 4, 2006

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

20 | G:\BZALL\-REFS\IN RE ABBOTT LABS\INITIAL DISCOVERY.ORDER.WPD